# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

## ROBERT JOE DIXON, JR.

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **10CR00130 -01**

ROBERT WAGGENER, ESQ.
Defendant's Attorney

## THE DEFENDANT:

[✔]      admitted guilt to violation of charges  1 AND 2   as alleged in the violation petition filed on  10/29/2010  .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | NEW LAW VIOLATION | 10/22/2009 |
| 2 | NEW LAW VIOLATION | 7/22/2009 |

The court:  [✔] revokes supervision heretofore ordered on   3/12/1996  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/4/2011
Date of Imposition of Sentence

 /s/ John A. Mendez
Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge
Name & Title of Judicial Officer

1/7/2011
Date

CASE NUMBER:        10CR00130 -01                                        Judgment - Page 2  of  2
DEFENDANT:          ROBERT JOE DIXON, JR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 MONTHS ON EACH OF COUNTS 1 AND 2 TO BE SERVED CONCURRENTLY AND CONCURRENT WITH THE SENTENCE IMPOSED IN 08CR00441 JAM.

**NO TERM OF SUPERVISION TO FOLLOW.**

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[✔]    **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**
       **[✔] before 2:00 P.M.  on 3/1/2011** .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                       _____
                                                       UNITED STATES MARSHAL


                                               By      _____
                                                       Deputy U.S.  Marshal